UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SCOTT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO,<br><br>　　　　Respondent. | No. 2:16-cv-01634-TLN-GGH<br><br><br><br>ORDER |

Petitioner seeks leave to amend his response to respondent's answer to his petition for habeas corpus. ECF No 37. Petitioner simply seeks to withdraw his request for an evidentiary hearing. Respondent has raised no objection to that request.

In light of the foregoing IT IS THEREFORE ORDERED that: Petitioner's amended response is noted for the record.

Dated: May 21, 2018

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1